

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00430-CV

IN THE MATTER OF J.T.W.

----------

FROM THE 97TH DISTRICT COURT OF ARCHER COUNTY

----------

## CONCURRING OPINION

----------

I agree with the majority that we should uphold the ruling of the trial court because Appellant entered a plea of true to two of the allegations. Appellant indirectly complains that "there was no evidence presented in the hearing on which [the] trial court could make that determination [to require Appellant to register as a sex offender]." Appellant points out that no one other than Jennifer Schindler, the probation officer, testified. She testified about what she had

learned from the sex offender counselor, who had told her that Appellant had failed two polygraphs and had made admissions to whomever administered the polygraphs. There was, however, no objection to all this hearsay stacked upon hearsay.

I would prefer that we uphold the trial court based upon an analysis of Appellant's pleas of true and not wade into the quagmire of whether the trial court was justified in ordering registration based upon what the probation officer had been told by the counselor about Appellant's admissions to whomever administered the polygraph. I therefore concur in the result only and do not concur in the discussion regarding hearsay and polygraphs.

LEE ANN DAUPHINOT
JUSTICE

DELIVERED: July 11, 2013